RECEIVED

MAR 0 7 2001

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED

MAR - 7 2001

ROBERT H. S_____CLERK
BY_____
DEPUTY

# IN THE UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF LOUISIANA

### SHREVEPORT DIVISION

**CV01-0408 S**

**JUDGE WALTER**
**MAGISTRATE JUDGE PAYNE**

| | |
|---|---|
| **ROBERT W. WILLIAMS, ET AL,** § | |
| § | |
| **Plaintiffs,** § | |
| § | |
| **VS.** § | **COMPLAINT-REPRESENTATIVE** |
| § | **ACTION** |
| **PENNZOIL QUAKER STATE** § | |
| **COMPANY,** § | |
| § | |
| **Defendant.** § | |

## INTRODUCTION

1.      This is a representative action for unpaid wages and overtime brought pursuant to the Fair Labor Standards Act, 29 U.S.C. §216(b).

## JURISDICTION

2.      This Court has jurisdiction over this action pursuant to 28 U.S.C. §1331 and §1337.

## PARTIES

3.      Plaintiffs are:

   (A)    **ROBERT W. WILLIAMS,** a resident of Caddo Parish, Louisiana;

   (B)    **MARK A. THOMAS,** a resident of Caddo Parish, Louisiana;

   (C)    **EDDIE A. ROBINSON,** a resident of Caddo Parish, Louisiana;

Plaintiffs' First
Original Complaint                                     1

(D)    **WEBSTER C. CROWDER**, a resident of DeSoto Parish, Louisiana;

(E)    **CHRISTOPHER D. FRAZIER**, a resident of Marshall, Texas; and

(F)    **ROBERT R. HICKS**, a resident of Caddo Parish, Louisiana.

They bring this action on behalf of themselves and representatives of similarly situated workers who file consents to join in this action.

4.    Defendant, **PENNZOIL QUAKER STATE COMPANY** (hereinafter referred to as "PENNZOIL"), a Delaware corporation and is  engaged in the production of goods for commerce in the State of Louisiana.

## FACTS

5.    At various times until March 2001, Plaintiffs have been employed in the production of goods for commerce at the petroleum refinery plant operated by Defendant PENNZOIL, in Shreveport, Louisiana.  Plaintiffs are employed in the operations, pumping, loading, maintenance, and laboratory departments at the refinery.

6.    During this time Defendant PENNZOIL has failed to pay Plaintiffs their regular rate of pay for all hours of work they performed up to 40 hours per week and failed to pay them overtime for hours of work they performed in excess of 40 hours per week as required by the Fair Labor Standards Act.

7.    The failure to pay Plaintiff their lawful wages under the Fair Labor Standards Act included, but is not limited to, failing to pay for time spent donning and doffing uniforms and

Plaintiffs' First
Original Complaint                                   2

personal protective equipment, for time working in the refinery at the direction of their employer before and after their scheduled shifts, requiring Plaintiffs to arrive at the control area to make efficient relief and to receive their daily work assignments, and for time spent on call. All of this occurred before or after paid time.

8.      Numerous similarly situated individuals working in the production of goods for commerce at the Defendant's refinery in Shreveport, Louisiana were also deprived of their lawful wages under the Fair Labor Standards Act in the same manner as Plaintiffs. This action is brought on behalf of those similarly situated workers.

9.      The Defendant's failure to pay Plaintiffs and similarly situated workers their lawful wages required by the Fair Labor Standards Act was willful. Despite its knowledge that time spent performing the above activities was compensable time under the FLSA, Defendant PENNZOIL, took no steps to compensate workers at its refinery in the State of Louisiana for this time spent working.

## REPRESENTATIVE ACTION

10.     Plaintiffs bring this action on behalf of themselves and all similarly situated employees of PENNZOIL. Plaintiffs request that notice be issued to these employees informing them of their right to file consents to join in this action.

## CAUSE OF ACTION

11.     Plaintiffs and similarly situated workers are entitled to relief pursuant to 29 U.S.C. 216(b) of the Fair Labor Standards Act.

Plaintiffs' First
Original Complaint                                   3

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs pray that this Court:

I.    Issue notice to all similarly situated employees of PENNZOIL, informing them of their right to file consents to join in this action;

II.    Declare that Plaintiffs and similarly situated workers who file consents to join in this suit are entitled to pay for all of their FLSA-defined hours of work, including, but is not limited to, failing to pay for time spent donning and doffing uniforms and personal protective equipment, for time working in the refinery at the direction of their employer before and after their scheduled shifts, for requiring Plaintiffs to arrive at the control area to make efficient relief and to receive their daily work assignments, and for time spent on call.  All of this occurred before or after paid time.

III.    Awarding Plaintiffs and similarly situated workers who file consents to join in this suit, their unpaid regular hourly wages for hours of work up to 40 hours per week and their unpaid

Plaintiffs' First
Original Complaint                                 4

overtime for all hours of work in excess of 40 hours per week, an equal amount of liquidated

damages, attorneys' fees, and costs of suit and such other relief as this Court deems just and proper.

Respectfully submitted,

PETERS, WARD, BRIGHT & HENNESSY
BANK ONE TOWER
400 TEXAS STREET, SUITE #1000
SHREVEPORT, LOUISIANA 71101
(318)221-8000
(318)221-4300 FAX


BY:_____
J. PATRICK HENNESSY (#6791)

LESLY & RUSS, PLLC
PHILIP R. RUSS, P.C.
SBN: 17406000
JOHN LESLY, P.C.
SBN: 12232500
2700 S. WESTERN, SUITE #1200
AMARILLO, TEXAS 79109
(806)468-8828
(806)358-9296 FAX