U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED

DEC 0 4 2002

ROBERT H. SHEMWELL, CLERK
BY _____
DEPUTY

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

| | | |
|---|---|---|
| ROBERT W. WILLIAMS, ET AL | : | CIVIL ACTION NO. CV01-0408-S |
| VS. | : | JUDGE WALTER |
| PENNZOIL QUAKER STATE COMPANY | : | MAGISTRATE JUDGE PAYNE |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### UNOPPOSED MOTION TO SUBSTITUTE RECORD DOCUMENTS

NOW COMES, Pennzoil-Quaker State, formerly Defendant in the above-captioned matter, who files this Motion to Substitute Record Documents and respectfully states as follows:

1.

On November 12, 2002, Defendant filed an Unopposed Motion to Enforce Settlement Agreement and a Memorandum in Support. The Motion to Enforce Settlement Agreement was denied by this Court by Memorandum Order dated November 22, 2002.

2.

Attached to this Motion and Memorandum in Support as Exhibit 3 were the 10 original Confidential Settlement, Agreement and Release documents executed by 10 Plaintiffs in this case.



405235.1

3.

The originals of these settlement documents were inadvertently filed with the Court instead of copies of these documents. Defendant seeks to recover the original documents so that a representative of the Defendant can execute the same document executed by each Plaintiff.

4.

Defendant prays that the copies attached to this Motion to Substitute Record Documents be filed in the record as Exhibit 3 to the Unopposed Motion to Enforce Settlement Agreement as a substitute for the original settlement documents now in the record and that the original settlement documents be returned to counsel for Defendant. Defendant states that the copies attached to this Motion to Substitute Record Documents are duplicate copies of the documents which are now in the record as Exhibit 3 to the Unopposed Motion to Enforce Settlement Agreement.

5.

Counsel for Plaintiff has no opposition to this Motion to Substitute Record Documents.

THEREFORE, Defendant, Pennzoil-Quaker State Co. prays that the copies attached to this Motion to Substitute Record Document be substituted in the record for the original Confidential Settlement, Agreement, and Releases now made a part of the record as Exhibit 3 to the Unopposed Motion to Enforce Settlement Agreement and that

405235.1

original Confidential Settlement, Agreement, and Release documents be returned to Defendant.

                                      Respectfully Submitted,

                                      ONEBANE LAW FIRM

BY: _____
      GREG GUIDRY (#6489) T.A.
      MARIA FABRE MANUEL (#24540)
      102 Versailles Boulevard, Suite 600
      P. O. Box 3507
      Lafayette, Louisiana 70502-3507
      (337) 237-2660

                                      ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has this day been served on Plaintiff, through all counsel of record, by depositing copies of same in the U.S. Mails, postage prepaid, properly addressed to said counsel.

Lafayette, Louisiana, this 4th day of December 2002.

_____
MARIA FABRE MANUEL

405235.1

RECEIVED
IN LAFAYETTE, LA

DEC 4 2002

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | | |
|---|---|---|
| **ROBERT W. WILLIAMS, ET AL** | : | **CIVIL ACTION NO. CV01-0408-S** |
| **VS.** | : | **JUDGE WALTER** |
| **PENNZOIL QUAKER STATE COMPANY** | : | **MAGISTRATE JUDGE PAYNE** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the Motion to Substitute Record Documents and finding there to be good cause for granting this Motion,

IT IS ORDERED, ADJUDGED AND DECREED that the original Confidential Settlement, Agreement and Release documents currently filed in the record as Exhibit 3 to the Unopposed Motion to Enforce Settlement Agreement be returned to Counsel for Defendant and that the copies of these documents attached to the Motion to Substitute Record Documents be filed in the record as Exhibit 3 to the Unopposed Motion to Enforce Settlement Agreement as a substitute for the original settlement documents.

THUS DONE AND SIGNED, this _____ day of _____, 2002, in Shreveport, Louisiana.

_____
UNITED STATES MAGISTRATE JUDGE

405235 1

# ONEBANE
# LAW FIRM
A Professional Corporation

JOSEPH ONEBANE (1917-1987)
JOHN G TORIAN, II (1936-1991)

TIMOTHY J MCNAMARA
EDWARD C ABELL, JR
LAWRENCE L LEWIS, III†
ROBERT M MAHONY
DOUGLAS W TRUXILLO*
RANDALL C SONGY
MICHAEL G DURAND
GREG GUIDRY*
JOSEPH L LEMOINE, JR
MARK L RILEY
GRAHAM N SMITH*
GORDON T WHITMAN
GARY P KRAUS
RICHARD J PETRE, JR
CHARLES J BOUDREAUX, JR.
THOMAS G SMART
ROGER E ISHEE**
STEVEN C LANZA
JESSE D LAMBERT††*
ROBERT J DAVID, JR.
BRENT G SONNIER***
MARIA FABRE MANUEL
GREG R MIER††
MICHAEL P MARAIST
JOAN LABBE BOUDREAUX

SUITE 600 VERSAILLES CENTRÉ
102 VERSAILLES BOULEVARD (70501)
POST OFFICE BOX 3507
LAFAYETTE, LOUISIANA 70502-3507

FAX. (337) 266-1232
TDD. (337) 266-1217
**TELEPHONE: (337) 237-2660**

www.onebane.com

OF COUNSEL
WILLIAM E KELLNER
MARK B OLIVER
CRAIG A RYAN
GREGORY K MOROUX
FRANK H. SPRUIELL, JR *
FREDERICK R PARKER, JR †‡
MICHAEL D SKINNER

SHREVEPORT OFFICE

400 TRAVIS STREET, SUITE 1000
SHREVEPORT, LA 71101

TELEPHONE (318) 674-9770
FAX (318) 674-9775

‡LL.M IN HEALTH LAW
†BOARD CERTIFIED TAX ATTORNEY
LL M IN TAXATION
††REGISTERED PATENT ATTORNEY

*ALSO ADMITTED IN TEXAS
**ALSO ADMITTED IN MISSISSIPPI
***ALSO ADMITTED IN OKLAHOMA

RECEIVED IN LAFAYETTE, LA
DEC 4 2002
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

December 4, 2002

**HAND DELIVERY**
Mr. Robert H. Shemwell, Clerk
United States District Court
800 Lafayette Street
Lafayette, LA 70501

    Re:    Robert W. Williams, et al vs. Pennzoil Quaker State Company
            Civil Action No. CV01-0408-S - USDC - Shreveport Division

Dear Mr. Shemwell:

Enclosed for filing in the above-referenced matter is an Unopposed Motion to Substitute Record Documents. I have enclosed the original and two copies. Please date stamp "filed" one of the copies and return it to me.

If you have any questions or need further assistance, please contact me.

Sincerely,

Maria Fabre Manuel

cc:    John Lesly
        Phillip Russ

405289.1