

RECEIVED
IN LAFAYETTE, LA
DEC 4 2002
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

| | | |
|---|---|---|
| **ROBERT W. WILLIAMS, ET AL** | : | **CIVIL ACTION NO. CV01-0408-S** |
| **VS.** | : | **JUDGE WALTER** |
| **PENNZOIL QUAKER STATE COMPANY** | : | **MAGISTRATE JUDGE PAYNE** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### O R D E R

Considering the Motion to Substitute Record Documents and finding there to be good cause for granting this Motion,

IT IS ORDERED, ADJUDGED AND DECREED that the original Confidential Settlement, Agreement and Release documents currently filed in the record as Exhibit 3 to the Unopposed Motion to Enforce Settlement Agreement be returned to Counsel for Defendant and that the copies of these documents attached to the Motion to Substitute Record Documents be filed in the record as Exhibit 3 to the Unopposed Motion to Enforce Settlement Agreement as a substitute for the original settlement documents.

THUS DONE AND SIGNED, this 9th day of December, 2002, in Shreveport, Louisiana.

_____
Roy S. Payne
UNITED STATES MAGISTRATE JUDGE

COPY SENT:
DATE: 12/10/02
BY: KF
TO: Hennessy
Guidry (w/ original docs by mail)
Russ

405235 1

(33)